## ACCO BRANDS, INC. (doing business as Kensington Technology Group), Plaintiff–Appellant,

### v.

## ABA LOCKS MANUFACTURER CO., LTD., Defendant–Appellee,

### and

## Belkin Components, Defendant–Cross Appellant.

### Nos. 2006–1383, 2006–1570.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2006.

### ORDER

Order Vacated, See 2006 WL 2927358.

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

## ADVANCED MEDICAL OPTICS, INC. Plaintiff–Cross Appellant,

### v.

## ALCON LABORATORIES, INCORPORATED and Alcon Manufacturing, Ltd., Defendants–Appellants.

### Nos. 2006–1212, 2006–1248.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).